United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Paul F. Vizza  
Valerie A. Vizza  
    Debtors

Case No. 17-16783-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: 138NEW | Total Noticed: 42 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul F. Vizza, Valerie A. Vizza, 16 Shipley Place, Philadelphia, PA 19152-1615 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 13996743 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14030674 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13996747 | + | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13996753 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13996754 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13996755 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962 |
| 14553547 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13996757 | + | Freedom Mortgage Corp, Attn: Bankruptcy, PO Box 489, Mt Laurel, NJ 08054-0489 |
| 14553702 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14017749 | + | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14279382 | + | Freedom Mortgage Corporation, c/o Maria Tsagaris, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 13996761 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13996763 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13996764 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13996767 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13996769 | + | Wells Fargo Bank, PO Box 10438, MACF8235-02F, Des Moines, IA 50306-0438 |
| 14003172 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, Mac F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 23 2021 03:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 23 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 23 2021 03:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:48:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13996748 | | Email/Text: megan.harper@phila.gov | Jan 23 2021 03:23:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13996749 | | Email/Text: megan.harper@phila.gov | | |

Case 17-16783-amc   Doc 43   Filed 01/24/21   Entered 01/25/21 00:46:58   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: 138NEW | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 23 2021 03:23:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 13996744 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 23 2021 03:36:49 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 13996745 | + | Email/Text: ecf@ccpclaw.com | Jan 23 2021 03:22:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13996750 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2021 03:22:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 13996751 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2021 03:22:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 13999522 | | Email/Text: mrdiscen@discover.com | Jan 23 2021 03:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13996752 | + | Email/Text: mrdiscen@discover.com | Jan 23 2021 03:22:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 13996758 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2021 03:22:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13996759 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 23 2021 03:22:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14066023 | + | Email/Text: bankruptcy@sccompanies.com | Jan 23 2021 03:22:00 | Massey's, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13996760 | + | Email/PDF: pa_dc_claims@navient.com | Jan 23 2021 03:48:16 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes- Barr, PA 18773-9500 |
| 14033584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:36:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13994648 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:43:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13996762 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 23 2021 03:22:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14011721 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2021 03:22:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13996765 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:36:49 | Syncb/hhgreg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 13996766 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:36:48 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 13996768 | + | Email/Text: legal@wayfair.com | Jan 23 2021 03:24:00 | Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116-6513 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13996746 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13996756 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, PO Box 62180, Colorado Springs, CO 80962 |
| 13995556 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jan 22, 2021 Form ID: 138NEW Total Noticed: 42

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2021　　　　　　　　　　　　Signature:　　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| MICHAEL A. CATALDO2 | on behalf of Debtor Paul F. Vizza ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Valerie A. Vizza ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Valerie A. Vizza ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Paul F. Vizza ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Paul F. Vizza and Valerie A. Vizza
      Debtor(s)                                    Bankruptcy No: 17−16783−amc
                                                            Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                     For The Court
                                                                  Timothy B. McGrath
                                                                    Clerk of Court

Dated: 1/22/21

                                                                                                       42 − 41
                                                                              Form 138_new