*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Paul F. Vizza and Valerie A. Vizza  : Case No. 17–16783–amc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , February 23, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court